GARDNER v. ENID, O. & W. R. CO. et al.
(No. 757.)

(Court of Civil Appeals of Texas. Amarillo. April 3, 1915. Rehearing Denied May 8, 1915.)

Appeal from District Court, Hemphill County; F. P. Greever, Judge.

Action by M. M. Gardner against the Enid, Ochiltree & Western Railroad Company and others. From a judgment for defendants, plaintiff appeals. Affirmed.

Crudgington & Works, of Amarillo, for appellant. W. W. Moore, of Houston, J. Y. Powell, of Dalhart, and A. A. Lumpkin and Del. W. Harrington, both of Amarillo, for appellee bank.

HALL, J. Investigation of the record shows that the issues raised by the pleadings, the facts established by the evidence, and the errors assigned in this case make it in all respects parallel with the cause of Forster v. Enid, Ochiltree & Western Railroad Co., 176 S. W. 788, this day

decided by us, and for the reasons set out in the opinion in that case, the judgment herein is affirmed.

HENDRICKS, J., not sitting.